No. 525. NEW YORK & CUBA MAIL STEAMSHIP CO. *v.* AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION & INDEMNITY ASSN., INC. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Oscar R. Houston* and *Leonard J. Matteson* for petitioner. *Messrs. Cletus Keating* and *Roger Siddall* for respondent.

No. 553. COLLIER ET AL. *v.* FLORIDA. December 10, 1934. Petition for writ of certiorari to the Supreme Court of Florida, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. W. D. Bell* for petitioners. No appearance for respondent.

No. 511. H. M. BYLLESBY & Co. *v.* OTIS, JUDGE. December 10, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry L. Jost* for petitioner. *Mr. Paul R. Stinson* for respondent.

No. 515. REMINGTON RAND BUSINESS SERVICE, INC. *v.* ACME CARD SYSTEM Co. December 10, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Samuel E. Darby, Jr.,* and *Harrison M. Brooks* for petitioner. *Messrs. J. Kemp Bartlett* and *Wm. F. Hall* for respondent.

No. 516. TEAL MOTOR CO., INC. *v.* ORIENT INSURANCE Co., INC., ET AL.; and

No. 517. SAME *v.* ATLAS ASSURANCE Co., INC. December 10, 1934. Petition for writs of certiorari to the